IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD MCDONOUGH,<br>       Plaintiff,<br><br>v.<br><br>UGL UNICCO, ED ANDREWS,<br>SAL RUGGIERO, TRUSTEES<br>OF UNIVERSITY OF<br>PENNSYLVANIA, JAMES BEAN,<br>and BILL CHENOWETH,<br>       Defendants. | CIVIL ACTION<br>NO. 10-3064 |

## ORDER

**AND NOW,** this 8th day of February 2011, upon review of the docket in the above captioned matter, the Notice of Removal by Defendants UGL UNICCO, Ed Andrews, Sal Ruggiero, Trustees of the University of Pennsylvania, James Bean and Bill Chenoweth [doc. no. 1], and the state court docket sheet in this matter prior to removal from the Court of Common Pleas of Philadelphia County attached as Exhibit A to Plaintiff's Response in Opposition to Defendants' Motion for Partial Dismissal [doc. no. 6], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that this matter is **REMANDED** to the Court of Common Pleas of Philadelphia County for lack of subject matter jurisdiction.

It is further **ORDERED** that Defendants' Motion for Partial Dismissal [doc. no. 3] is hereby **DISMISSED as moot.**

It is so **ORDERED**.

                                                  **BY THE COURT:**

                                                  **/s/ Cynthia M. Rufe**
                                                  **CYNTHIA M. RUFE, J.**